PORTLAND GENERAL ELECTRIC COM-
PANY, a Corporation, and Marine Mid-
land Trust Company of New York, a Cor-
poration, Appellants, v. PUBLIC UTILI-
TY DISTRICT NO. I OF CLARK COUN-
TY, a Municipal Corporation, Appellee.

No. 11254.

Circuit Court of Appeals, Ninth Circuit.

Feb. 18, 1946.

Griffith, Peck, Phillips & Nelson and Cas-
sius R. Peck, all of Portland, Or., and Hen-
derson, Carnahan & Thompson and Metz-
ger, Blair, Gardner & Boldt, all of Tacoma,
Wash., for appellants.

Houghton, Cluck & Coughlin, of Seattle,
Wash., and D. Elwood Caples, of Van-
couver, Wash., for appellee.

Before GARRECHT and BONE, Cir-
cuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for
respective parties, ordered appeal herein
dismissed, that a judgment be filed and en-
tered accordingly and that the mandate of
this court in this cause issue forthwith.

Frank J. SULLIVAN and Katharine B.
Sullivan, His Wife, v. PHILADELPHIA
SUBURBAN TRANSPORTATION COM-
PANY, Appellant.

No. 8975.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 21, 1946.

Decided Feb. 1, 1946.

Thomas E. Comber, Jr., of Philadelphia,
Pa. (Pepper, Bodine, Stokes & Schoch, of
Philadelphia, Pa., on the brief), for appel-
lant.

Henry A. Frye, of Philadelphia, Pa.
(Karl W. Johnson, of Upper Darby, Pa.,
on the brief), for appellees.

Before BIGGS, GOODRICH, and Mc-
LAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is af-
firmed upon the opinion of Judge Ganey,
64 F.Supp. 845.

Herbert WILSON, Appellant, v. James A.
JOHNSTON, Warden, United States Pen-
itentiary, Alcatraz, California, Appellee.

No. 11188.

Circuit Court of Appeals, Ninth Circuit.

March 21, 1946.

Writ of Certiorari Denied June 10, 1946.

See 66 S.Ct. 1366.

Herbert Wilson, in pro. per.

Frank J. Hennessy, U. S. Atty., and
Joseph Karesh, Asst. U. S. Atty., both of
San Francisco, Cal., for appellee.

Before GARRECHT, HEALY, and
BONE, Circuit Judges.

PER CURIAM.

On the authority of Swihart v. Johnston,
Warden, etc., 9 Cir., 150 F.2d 721, certio-
rari denied, 66 S.Ct. 803, we affirm the
judgment of the lower court.